**John Raymond JENNINGS, Sr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63995.**

Missouri Court of Appeals, Western District.

May 17, 2005.

Margaret M. Johnston, Columbia, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Following his conviction by guilty plea to tampering with a witness, Section 575.270, receipt of stolen property, Section 570.080, endangering the welfare of a child, Section 568.045, and domestic assault in the third degree, Section 565.074, John Jennings filed a Rule 24.035 motion for post-conviction relief. Jennings alleged that his guilty plea was not made knowingly or voluntarily in light of the circumstances. The court denied the motion. Affirmed. Rule 84.16(b).